# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMILTON SELECT INSURANCE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON LEDESMA DBA BLACKHAWKS PRIVATE SECURITY, a sole proprietorship; BLACKHAWKS PRIVATE SECURITY, LLC, a California limited liability company; HAWK ONE, INC., a California corporation; JUANA ROSALES ARCIGA, an individual;<br><br>Defendants. | Case No. 8:25-cv-00061 SB (DFMx)<br><br>**ORDER TO DISMISS COMPLAINT AS TO JUANA ROSALES ARCIGA ONLY, WITH PREJUDICE** |

Having considered the stipulation of counsel, IT IS HEREBY ORDERED pursuant to Fed.R.Civ.P. 41(a)(2) that the complaint is hereby dismissed with prejudice against defendant Juana Rosales Arciga and no other party. Neither Plaintiff nor defendant Arciga shall be deemed to be a "prevailing party," and each shall bear its / her own attorney's fees and costs.

DATED:   August 25, 2025



_____
Stanley Blumenfeld, Jr.
UNITED STATES DISTRICT JUDGE